**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Respondent,

v.

Tito Harris, Appellant.

Appellate Case No. 2011-190108

———————————

Appeal From Berkeley County
Deadra L. Jefferson, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-477
Submitted September 1, 2013 – Filed December 18, 2013

———————————

### APPEAL DISMISSED

———————————

Chief Appellate Defender Robert M. Dudek, of Columbia; and Tito Harris, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.